**B22C (Official Form 22 C) (Chapter 13) (04/10)**

In re: ___**Jamie Frances Lynumn**___
                    Debtor(s)

Case Number: _____
                    (If known)

According to the calculations required by this Statement:

[x]   The applicable commitment period is 3 years

[ ]   The applicable commitment period is 5 years

[ ]   Disposable income is determined under 1325(b)(3)

[x]   Disposable income is not determined under 1325(b)(3)

Check the box as directed in LIne 17 and 23 of this statement

## CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
## AND CALCULATION OF COMMITMENT PERIOD AND DISPOSAL INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. ~ REPORT OF INCOME | | |
|---|---|---|

**1**

**Marital/Filing Status.** Check the box that applies and complete the balance of this part of this statements as directed.

[X]   a.  Unmarried. **Complete only Coumn A ("Debtor's Income") for lines 2-10**

      b.  Married. **Complete both Column A ("Debtor's Income") and Column B("Spouse's Income") For Lines 2-10**

| All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|
| **2**   **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 2,076.82 | $ 0 |

**3**   **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**

| a. | **Gross Receipts** | $ 0 |
|---|---|---|
| b. | **Ordinary and necessary operating expenses** | $ 0 |
| c. | **Business income** | $ 0 |

**4**   **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**

| a. | Gross Receipts | $ 0 |
|---|---|---|
| b. | Ordinary and necessary operating expenses | $ 0 |
| c. | Rent and other real property income | $ 0 |

| | Column A | Column B |
|---|---|---|
| **5**   **Interest, Dividends and Royalties.** | $ 0 | $ 0 |
| **6**   **Pension & Retirement Income.** | $ 0 | $ 0 |
| **7**   **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | 0.00 | 0.00 |
| **8**   **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | $ 0 | $ 0 |

B22C (Official Form 22 C) (Chapter 13) (04/10)

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. <br>b.                                   $ 0 <br>Total and enter on Line 10 | | |
| 10 | **Subtotal** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ 2,076.82 | $ 0 |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | **$ 2,076.82** | |

| | |
|---|---|
| **Part II ~ Calculation of § 1325(b)(4) Commitment Period** | |

| | | |
|---|---|---|
| 12 | **Enter the amount from Line 11** | **$ 2,076.82** |
| 13 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero.<br><br>a.     $ 0<br>b.     $ 0<br>c.     $ 0<br>Total and enter on Line 10 | $ 0 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $2,076.82 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 | $24,921.84 |
| 16 | **Applicable Median Family Income.** Enter the median family income by state and household size.<br>a. State of Residence:     IL    b. Debtor's Household Size:     2 | **$ 59,861.00** |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed<br><br>[X] **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>[ ] **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. |

B22C (Official Form 22 C) (Chapter 13) (04/10)

| | Part III: Application of § 1325 (b)(3) for Determining Disposable Income | |
|---|---|---|
| 18 | Enter the amount from Line 11. | $ 2,076.82 |
| 19 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. [                    ]  $ 0<br>b. [                    ]  $ 0<br>c. [                    ]  $ 0 | $ 0 |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ 2,076.82 |
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 | $ 24,921.84 |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ 59,861.00 |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed<br><br>☐ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☒ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** | |

| | | $ 0.00 |
|---|---|---|

| Part VI: ADDITIONAL EXPENSE CLAIMS |
|---|

| Part VII:  VERIFICATION |
|---|

I declare under penalty of perjury that the information provided in this statment is true and correct.

Dated:    08/24/2013        /s/ Jamie Frances Lynumn
                            _____
                            **Jamie Frances Lynumn**

> **X Date & Sign**